# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

| | |
|---|---|
| MARTIN C. HESTER,      ) | |
|         ) | |
|     Plaintiff,     ) | |
|         ) | |
| v.             ) | Case No. CV416-053 |
|         ) | |
| CSX TRANSPORTATION, INC.,   ) | |
|         ) | |
|     Defendant.    ) | |

## O R D E R

The Court having reviewed and considered the petition of Lindsey D'Andrea of the law firm of Baker Hostetler, Capitol Square, Suite 2100, 65 East State Street, Columbus, Ohio 43215 for permission to appear pro hac vice on behalf of defendant CSX Transportation, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Lindsey D'Andrea as counsel of record for defendant CSX Transportation, Inc., in this case.

**SO ORDERED** this   31st   day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA